Nathan Weddle - 158 38 96
Albermarle Corr. Inst.
  PO Box 460
Badin, North Carolina 28009



RECEIVED

MAR 03 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

MAILED FROM ALBEMARLE
CORRECTIONAL INSTITUTION

Clerks OF The;
United States District Court
310 New Bern Ave #174
Raleigh, NC 27601