

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

March 3, 2025

Ms. Nyeshea McKoy
NC Department of Public Safety
Prison Admin. - Fiscal Training & Support
831 W. Morgan Street/MSC 4260
Raleigh, NC 27699-4260

Re: Trust Fund Account Information for Nathan E. Weddle
Inmate Number 1583896

Dear Ms. McKoy:

In accordance with the court's procedure for determining the indigent status of prisoners who have instituted a civil action in this court, please forward a copy of the above named individual's prison trust or money account for the six-month period beginning September 3, 2024 through March 3, 2025.

Thank you for your cooperation with the court in these matters.

Sincerely,

/s/ Peter A. Moore, Jr.
Clerk of Court

Case Number 5:25-HC-2055-M